THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE INOA, Appellant.

Submitted June 2, 2014; decided June 5, 2014

Motion for assignment of counsel granted and John R. Lewis, Esq., 36 Hemlock Drive, Sleepy Hollow, New York 10591 assigned as counsel to the appellant on the appeal herein.